

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-23-00543-CR

**EX PARTE** Juan Jose **SANTIAGO VILLALOBOS**

From the County Court, Maverick County, Texas
Trial Court No. 31577
Honorable Susan D. Reed, Judge Presiding

PER CURIAM

Sitting:     Rebeca C. Martinez, Chief Justice
           Patricia O. Alvarez, Justice
           Luz Elena D. Chapa, Justice

Delivered and Filed: July 19, 2023

DISMISSED

On June 16, 2023, appellant Juan Jose Santiago Villalobos filed a motion to dismiss appeal.

Appellant's motion references Texas Rule of Appellate Procedure 42.2, which provides:

> At any time before the appellate court's decision, the appellate court may dismiss the appeal upon the appellant's motion. The appellant and his or her attorney must sign the written motion to dismiss and file it in duplicate with the appellate clerk, who must immediately send the duplicate copy to the trial court clerk.

TEX. R. APP. P. 42.2(a). Appellant's motion complies with Rule 42.2(a). Accordingly, we grant the motion and dismiss this appeal. *See id.*

PER CURIAM

DO NOT PUBLISH